NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD A. WILLIAMSON, ON BEHALF OF AND AS TRUSTEE FOR AT HOME BONDHOLDERS' LIQUIDATING TRUST,**
*Plaintiff-Appellant*

**v.**

**CITRIX SYSTEMS, INC., MICROSOFT CORPORATION, WEBEX COMMUNICATIONS, INC., CISCO WEBEX, LLC, CISCO SYSTEMS, INC., GETGO, INC.,**
*Defendants-Appellees*

**ADOBE SYSTEMS, INC., INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Defendants*

---

2016-1714

---

Appeal from the United States District Court for the Central District of California in No. 2:11-cv-02409-SJO-JEM, Judge James S. Otero.

---

**JUDGMENT**

---

BRETT JOHNSTON WILLIAMSON, O'Melveny & Myers LLP, Newport Beach, CA, argued for plaintiff-appellant. Also represented by TIM D. BYRON, San Francisco, CA; BRIAN T. BAGLEY, SCOTT DION MARRS, WILLIAM C. NORVELL, JR., Akerman LLP, Houston, TX.

JONATHAN J. LAMBERSON, Fish & Richardson, PC, Redwood City, CA, argued for all defendants-appellees. Defendants-appellees Citrix Systems, Inc., Microsoft Corporation, GetGo, Inc. also represented by FRANK SCHERKENBACH, KURT LOUIS GLITZENSTEIN, Boston, MA; CRAIG E. COUNTRYMAN, San Diego, CA; INDRANIL MUKERJI, Washington, DC. Defendant-appellee Microsoft Corporation also represented by ISABELLA FU, Microsoft Corporation, Redmond, WA.

HAROLD BARZA, Quinn Emanuel Urquhart & Sullivan, LLP, Los Angeles, CA, for defendant-appellees Webex Communications, Inc., Cisco Webex, LLC, Cisco Systems, Inc. Also represented by TIGRAN GULEDJIAN, JORDAN BROCK KAERICHER, VALERIE RODDY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, LINN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 7, 2017        /s/ Peter R. Marksteiner
       Date            Peter R. Marksteiner
                        Clerk of Court